# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | CASE NO. 4:10CR36 |
| v. | § | |
| | § | |
| ARTHUR JAMES PIERRE (32) | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, certain pretrial matters having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 10, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress Testimony Pertaining to a Canine Alert at Defendant Arthur Pierre's Residence at the Time of His Arrest (Dkt. 520) be DENIED and that Paragraph 5 of Defendant's Motion in Limine (Dkt. 381) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

Therefore, Defendant's Motion to Suppress Testimony Pertaining to a Canine Alert at Defendant Arthur Pierre's Residence at the Time of His Arrest (Dkt. 520) is DENIED and Paragraph

5 of Defendant's Motion in Limine (Dkt. 381) is GRANTED as to any statements concerning a K-9 alert at the time of Defendant's arrest.

**IT IS SO ORDERED.**

**SIGNED this the 31st day of May, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE